# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| Maddox Industrial Transformer, LLC, | Case No. _____ |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| Tri-C Line Construction Inc., | **(Collection/Breach of Contract)** |
| Defendant. | **(Non-jury)** |

Plaintiff Maddox Industrial Transformer, LLC ("Plaintiff"), by and through its undersigned counsel, states as follows for its Complaint against Defendant Tri-C Line Construction Inc. ("Defendant"):

1. Plaintiff is a limited liability company organized and existing under the laws of South Carolina with its principal place of business in Spartanburg County, South Carolina.

2. Defendant is a corporation organized and existing pursuant to the laws of the State of California.

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because there is complete diversity of citizenship and the amount in controversy exceeds $75,000.00.

4. This Court has personal jurisdiction over Defendant because Defendant entered into a contract to be performed in whole or in part in South Carolina pursuant to S.C. Code Ann. § 36-2-803.

5. Venue in this district is proper pursuant to 28 U.S.C. § 1391.

6. Plaintiff incorporates the allegations of the proceeding paragraphs of the Complaint as if fully restated herein.

7. Plaintiff and Defendant entered into a Purchase Agreement dated June 6, 2022 ("Agreement"), whereby Defendant purchased equipment from Plaintiff. The Agreement is attached hereto as **Exhibit A** and incorporated herein by reference.

8. Plaintiff furnished Defendant with equipment as fully set forth in the Invoice attached hereto as **Exhibit B** and incorporated herein by reference.

9. After shipping the equipment to Defendant, Plaintiff invoiced Defendant for the cost of the equipment sold on June 24, 2022.

10. Pursuant to the Agreement, Defendant agreed to submit payment to Plaintiff no later than 30 days after the invoice was issued.

11. Despite repeated requests for payment, Defendant has failed and refused to pay Plaintiff the sum due under the Agreement. Therefore, Defendant is in default.

12. As of November 17, 2022, there is due and owing to Plaintiff the amount of $103,064.99.

13. Plaintiff has placed this matter with the undersigned attorney for collection.

14. Plaintiff is entitled to judgment against Defendant for all sums owed under the Agreement.

**WHEREFORE**, Plaintiff prays that the Court enter an Order finding Defendant Tri-C Line Construction Inc. in default and enter judgment against Defendant Tri-C Line Construction Inc. in the amount of $103,064.99, plus prejudgment interest, costs, and attorneys' fees, and for such other and further relief as the Court deems just and proper.

*[signature on following page]*

                    */s/ Mary M. Caskey*
                    Mary M. Caskey
                    Federal ID No. 10120

                    Haynsworth Sinkler Boyd, PA
                    1201 Main Street, Suite 2200
                    PO Box 11889 (2911-1889)
                    Columbia, South Carolina 29201
                    Telephone: (803) 779-3080
                    Fax: (803) 765-1243
                    mcaskey@hsblawfirm.com

January 19, 2023          *Attorney for Plaintiff Maddox Industrial Transformer, LLC*