AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Maddox Industrial Transformer LLC ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.    7:23-cv-247-DCC |
| Tri-C Line Construction Inc ) | |
| *Defendant* ) | |

**DEFAULT**
**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ the plaintiff  Maddox Industrial Transformer LLC   recover from the defendant Tri-C Line Construction Inc the sum certain amount of One Hundred Nine Thousand One Hundred Fifty-Six and 31/100   dollars ($ 109,156.31  ), which includes postjudgment interest at the rate of  4.34 %, along with costs.

This action is a sum certain.

Date:   March 23, 2023                                    *CLERK OF COURT*

                                                        s/Angela Lewis, Deputy Clerk
                                                        *Signature of Clerk or Deputy Clerk*